# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLLAND, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01704-LJO-JLT (PC)<br><br>**ORDER DISREGARDING MOTIONS FOR RECONSIDERATION**<br><br>**(Docs. 27, 28, 29)** |

Plaintiff, Adrian Moon, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint in this action on October 31, 2014. On that same date, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.) On December 3, 2014, the Court denied Plaintiff's application to proceed *in forma pauperis* and ordered him to pay the $400.00 filing fee in full within thirty days. (Docs. 7, 10.) He failed to do so for nearly three months and, eventually, on February 25, 2015, the Court dismissed the matter due to Plaintiff's failure to pay the filing fee. (Docs. 25, 26.)

In the months this action was pending, Plaintiff filed multiple motions seeking temporary restraining orders, reconsideration of the denial of *in forma pauperis* status, seeking sanctions, and seeking extensions of time and has variously objected and/or sought reconsideration of findings and recommendations and orders that issued in this action. (*See* Docs. 4, 11, 12, 14-19, 21-24.) When the Court ordered this matter dismissed on February 25, 2015 for Plaintiff's failure

to pay the filing, it resolved all pending motions at that time.  (Docs. 25, 26.)

Now before the Court are three additional motions filed by Plaintiff:  a motion for extension of time to pay the filing fee; a motion for order of pre-filing discovery; and a motion for summary judgment.  (Docs. 27, 28, 29.)  However, because this matter is closed and Plaintiff's issues have previously and repeatedly been addressed, the Court will **DISREGARD** the current filings.  **NO FURTHER FILINGS WILL BE ACCEPTED IN THIS CASE**.

IT IS SO ORDERED.

Dated:   **March 2, 2015**                              /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE